Order Directing PRUDENTIAL SILK HOSIERY COMPANY, Respondent, to Proceed with Arbitration in the Manner Provided for in the Rules and Regulations of the Silk Association of America.*— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Merrell and Finch, JJ., dissent.

In the Matter of the Voluntary Dissolution of LINCOLN-MAJESTIC COAT AND APRON SUPPLY CO., INC. MAX SCHWARTZ, Appellant; NICHOLAS F. DELAGI, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HERMAN SILBERBERG & Co., INC., a New York Corporation, Respondent, v. A. BURNSTIN Co., INC., a New York Corporation, and Another, Defendants, Impleaded with HARRIS BROS. & MANN, INC., a New York Corporation, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HERMAN SILBERBERG & Co., INC., a New York Corporation, Appellant, v. A. BURNSTIN Co., INC., a New York Corporation, and Another, Defendants, Impleaded with HARRIS BROS. & MANN, INC., a New York Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THOMAS J. LAVAN, Respondent, v. STERLING MOTOR TRUCK Co. OF N. Y., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THOMAS J. LAVAN, Respondent, v. STERLING MOTOR TRUCK Co. OF N. Y., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN SALTER HANSEN, Respondent, v. CLARENCE H. MACKAY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., dissents.

WOLLMAN SILK CORPORATION v. ISAAC IPP.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HARRY BRANDT v. NEW AMSTERDAM CASUALTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of SAMUEL MATLUCK against WILLIAM E. WALSH and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MORRISANIA LAUNDRY SERVICE, INC., v. SAMUEL STRAUSS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BARDEM REALTY CORPORATION v. K. C. & B. REALTY Co., INC., and Others, Impleaded with NATHAN RODNER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so that appeal can be argued on or before December 19, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

---

* Affd., 256 N. Y. ——.